UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOISHEL MONET WELLS,

                Plaintiff,                  20 **CIVIL** 6160 (KHP)

   -v-                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 13, 2022, that this action be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including the opportunity for a new hearing and de novo decision, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
         March 14, 2022

                                                                      **RUBY J. KRAJICK**

                                                                          **Clerk of Court**
                                           BY:
                                                                          **Deputy Clerk**